IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RANIR, L.L.C. and PLACONTROL, INC., <br><br> Plaintiff, <br><br> v. <br><br> SUNSTAR BUTLER, INC., <br><br> Defendant. | No. 09-CV-03061 <br><br> Judge: Charles R. Norgle |

## NOTICE OF FILING

To: Charles A. Laff
Larry L. Saret
Paul R. Coble
Michael Best & Friedrich LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 2000
Chicago, IL 60601-6710

PLEASE TAKE NOTICE that on June 1, 2010, there was filed with the Clerk of the United States District Court for the Northern District of Illinois, the attached **PLAINTIFFS' RESPONSE TO DEFENDANT SUNSTAR AMERICA, INC.'S OPENING CLAIM CONSTRUCTION BRIEF**, a true and correct copy of which is herewith served upon you.

Dated: June 1, 2010                               RANIR, LLC and PLACONTROL, INC.

                                                  By: s/Michael J. Waters
                                                      One of Their Attorneys

Angelo J. Bufalino
Robert S. Rigg
Michael J. Waters
Vedder Price P.C.
222 North LaSalle Street, Suite 2600
Chicago, Illinois 60601
(312) 609-7500
*Designated Local Counsel*

William J. Courtney
Law Offices of William J. Courtney, L.L.C.
200 Main Street
P.O. Box 112
Flemington, New Jersey, 08822

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on May 11, 2010, a true and correct copy of the attached **PLAINTIFFS' RESPONSE TO DEFENDANT SUNSTAR AMERICA, INC.'S OPENING CLAIM CONSTRUCTION BRIEF** was served electronically on:

Charles A. Laff
Larry L. Saret
Paul R. Coble
Michael Best & Friedrich LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 2000
Chicago, IL 60601-6710

s/Michael J. Waters