# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PLACONTROL INC. and RANIR, L.L.C.<br><br>    Plaintiffs<br><br>v.<br><br>SUNSTAR AMERICAS, INC.,<br><br>    Defendant. | Case No. 1:09-CV-03061<br><br>Judge Norgle<br>Magistrate Judge Keys |

## STIPULATION

WHEREAS, the parties have reached a tentative agreement that, when and if consummated, should fully dispose of the claims in this case and desire time to prepare settlement documents rather than to continue with discovery;

WHEREAS, the grant of this stipulation will not prejudice either party or unduly delay the proceedings;

IT IS SO STIPULATED AND AGREED, by and among the parties, subject to the approval of this Honorable Court, that:

1) The time within which Plaintiffs must provide a privilege log to Defendant pursuant to the parties' stipulation entered May 11, 2010, (Dkt. No. 83) be extended from June 18, 2010, to and including July 2, 2010;
2) There will be no depositions scheduled to take place on or before July 2, 2010; and
3) The parties request that the status conference scheduled for June 25, 2010, be rescheduled to on or about July 12, 2010.

Dated: June 14, 2010

| | |
|---|---|
| SUNSTAR AMERICAS, INC. | PLACONTROL, INC. and RANIR L.L.C. |
| /s/Paul R. Coble _____ | /s/Michael J. Waters_____ |
| Charles A. Laff | William J. Courtney |
| Larry L. Saret | Law Offices of William J. Courtney, L.L.C. |
| Paul R. Coble | 200 Main Street |
| Michael Best & Friedrich LLP | P.O. Box 112 |
| Two Prudential Plaza | Flemington, New Jersey, 08822 |
| 180 North Stetson Avenue, Suite 2000 | |
| Chicago, IL 60601-6710 | Angelo Buffalino |

1

|  |  |
|---|---|
| (312) 222-0800 | Robert S. Rigg |
|  | Michael J. Waters |
| *Attorneys for Defendant* | Vedder Price P.C. |
|  | 222 North LaSalle Street, Suite 2600 |
|  | Chicago, IL  60601 |
|  | (312) 609-7500 |
|  | *Designated local counsel* |
|  | *Attorneys for Plaintiffs* |

## **Certificate of Service**

      I, Paul R. Coble, an attorney of record in this case, certify that on June 14, 2010, I caused a copy of the foregoing document to be filed by electronic filing (ECF), which provides service to all counsel of record in this action by email.

      /s/Paul R. Coble
      Paul R. Coble