# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

Ranir, L.L.C., et al.

                                Plaintiff,

v.                                                    Case No.: 1:09−cv−03061
                                                      Honorable Charles R. Norgle Sr.

Sunstar Americas, Inc., et al.

                                Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 25, 2010:

        MINUTE entry before Honorable Charles R. Norgle, Sr: The Stipulation [89] is approved. Defendant Sunstar America, Inc.'s time to file its Reply Claim Construction brief is extended to and including June 29, 2010. The time within the parties must filetheir Joint Claim Construction Chart and Joint Status Report on Claim Construction pursuant to Local patent Rule 4.2(f) is extended to and including July 6, 2010. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.