IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PLACONTROL INC. and RANIR, L.L.C.<br><br>Plaintiffs<br><br>v.<br><br>SUNSTAR AMERICAS, INC.,<br><br>Defendant. | Case No. 1:09-CV-03061<br><br>Judge Norgle<br>Magistrate Judge Keys |

## STIPULATION

WHEREAS, the parties have reached a tentative agreement that, when and if consummated, should fully dispose of the claims in this case and desire time to prepare settlement documents rather than to continue with discovery;

WHEREAS, the grant of this stipulation will not prejudice either party or unduly delay the proceedings;

IT IS SO STIPULATED AND AGREED, by and among the parties, subject to the approval of this Honorable Court, that:

1) The time within which Defendant, Sunstar Americas, Inc., may file its Reply Claim Construction Brief be extended from June 29, 2010, to and including July 20, 2010;

2) The time within the parties must file their Joint Claim Construction Chart and Joint Status Report on Claim Construction pursuant to Local Patent Rule 4.2(f) be extended from July 6, 2010, to and including July 27, 2010.

Dated: June 29, 2010

| SUNSTAR AMERICAS, INC. | PLACONTROL, INC. and RANIR L.L.C. |
|---|---|
| /s/Paul R. Coble_____ | /s/Michael J. Waters_____ |
| Charles A. Laff | William J. Courtney |
| Larry L. Saret | Law Offices of William J. Courtney, L.L.C. |
| Paul R. Coble | 200 Main Street |
| Michael Best & Friedrich LLP | P.O. Box 112 |
| Two Prudential Plaza | Flemington, New Jersey, 08822 |
| 180 North Stetson Avenue, Suite 2000 | |
| Chicago, IL  60601-6710 | Angelo Buffalino |
| (312) 222-0800 | Robert S. Rigg |

1

|  |  |
|---|---|
| ***Attorneys for Defendant*** | Michael J. Waters<br>Vedder Price P.C.<br>222 North LaSalle Street, Suite 2600<br>Chicago, IL  60601<br>(312) 609-7500<br>*Designated local counsel* |
|  | ***Attorneys for Plaintiffs*** |

2

**<u>Certificate of Service</u>**

  I, Paul R. Coble, an attorney of record in this case, certify that on June 29, 2010, I caused a copy of the foregoing document to be filed by electronic filing (ECF), which provides service to all counsel of record in this action by email.

              <u>/s/Paul R. Coble</u>
              Paul R. Coble