IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PLACONTROL INC. and RANIR, L.L.C.<br><br>Plaintiffs<br><br>v.<br><br>SUNSTAR AMERICAS, INC.,<br><br>Defendant. | Case No. 1:09-CV-03061<br><br>Judge Norgle<br>Magistrate Judge Keys |

## STIPULATION

WHEREAS, the parties have reached a tentative agreement that, when and if consummated, should fully dispose of the claims in this case and desire time to prepare settlement documents rather than to continue with discovery;

WHEREAS, the grant of this stipulation will not prejudice either party or unduly delay the proceedings;

IT IS SO STIPULATED AND AGREED, by and among the parties, subject to the approval of this Honorable Court, that:

1) The time within which Plaintiffs must provide a privilege log to Defendant pursuant to the parties' stipulation entered May 11, 2010, (Dkt. No. 83) be extended from July 2, 2010, to and including July 23, 2010;

2) There will be no depositions scheduled to take place on or before July 23, 2010; and

3) The parties request that the status conference scheduled for July 12, 2010, be rescheduled to on or about August 2, 2010.

Dated: June 29, 2010

| | |
|---|---|
| SUNSTAR AMERICAS, INC. | PLACONTROL, INC. and RANIR L.L.C. |
| /s/Paul R. Coble_____<br>Charles A. Laff<br>Larry L. Saret<br>Paul R. Coble<br>Michael Best & Friedrich LLP<br>Two Prudential Plaza | /s/Michael J. Waters_____<br>William J. Courtney<br>Law Offices of William J. Courtney, L.L.C.<br>200 Main Street<br>P.O. Box 112<br>Flemington, New Jersey, 08822 |

1

180 North Stetson Avenue, Suite 2000  
Chicago, IL  60601-6710  
(312) 222-0800  

*Attorneys for Defendant*

Angelo Buffalino  
Robert S. Rigg  
Michael J. Waters  
Vedder Price P.C.  
222 North LaSalle Street, Suite 2600  
Chicago, IL  60601  
(312) 609-7500  
*Designated local counsel*

*Attorneys for Plaintiffs*

## **Certificate of Service**

      I, Paul R. Coble, an attorney of record in this case, certify that on June 29, 2010, I caused a copy of the foregoing document to be filed by electronic filing (ECF), which provides service to all counsel of record in this action by email.

      /s/Paul R. Coble
      Paul R. Coble