## United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 3061 | **DATE** | 6/30/2010 |
| **CASE TITLE** | Placontrol Inc., et al. vs. Sunstar Americas, Inc. | | |

**DOCKET ENTRY TEXT**

The Court has received and approves of the parties' June 29, 2010 Stipulation.

*/s/ Charles Norgle/*

Docketing to mail notices.

| | Courtroom Deputy Initials: | |
|---|---|---|