## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

Ranir, L.L.C., et al.

                          Plaintiff,

v.                                                  Case No.: 1:09−cv−03061

                                                       Honorable Charles R. Norgle Sr.

Sunstar Americas, Inc., et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 30, 2010:

       MINUTE entry before Honorable Arlander Keys:Pursuant to the telephonic request of counsel for Defendant, the Status hearing set for 8/2/10 is reset to 8/23/2010 at 09:00 AM. The parties will be filing a stipulation of dismissal shortly.(ac, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.