UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PLACONTROL INC. and RANIR LLC<br><br>Plaintiffs,<br><br>v.<br><br>SUNSTAR AMERICAS, INC.<br><br>Defendant. | CIVIL ACTION NO. 09-CV-03061 (CRN) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Placontrol Inc. ("Placontrol") and Ranir, LLC ("Ranir") and Defendant Sunstar Americas, Inc. ("Sunstar") through their respective undersigned counsel that:

1. Pursuant to Federal Rule of Civil Procedure 41(a), all claims and counterclaims in this action by all parties are hereby dismissed with prejudice.

2. Each of the parties shall bear their own fees and costs, whether taxable or not, and each of the parties waives any claim for attorney fees arising during the action.

Respectfully submitted,

| | |
|---|---|
| PLACONTROL INC. | SUNSTAR AMERICAS, INC. |

*/s/ Angelo J. Bufalino*
Angelo J. Bufalino
Robert Stephen Rigg
Michael James Waters
Vedder Price P.C.
222 North LaSalle Street
Suite 2600
Chicago, IL 60601
(312) 609-7500
abufalino@vedderprice.com
rrigg@vedderprice.com
mwaters@vedderprice.com

Attorneys for Plaintiff Placontrol Inc.

RANIR, LLC

*/s/ Angelo J. Bufalino*
Angelo J. Bufalino
Robert Stephen Rigg
Michael James Waters
Vedder Price P.C.
222 North LaSalle Street
Suite 2600
Chicago, IL 60601
(312) 609-7500
abufalino@vedderprice.com
rrigg@vedderprice.com
mwaters@vedderprice.com

Attorneys for Plaintiff Ranir, LLC

*/s/ Charles A. Laff*
Charles A. Laff
Paul R. Coble
Larry L. Saret
Michael Best & Fredrich LLC
180 N. Stetson Avenue
Suite 2000
Chicago, IL 60601
(312) 222-0800
calaff@michaelbest.com
pcoble@michaelbest.com
llsaret@michaelbest.com

Attorneys for Sunstar Americas, Inc.