# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

Ranir, L.L.C., et al.

                                          Plaintiff,

v.                                                       Case No.: 1:09−cv−03061

                                                        Honorable Charles R. Norgle Sr.

Sunstar Americas, Inc., et al.

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 4, 2010:

      MINUTE entry before Honorable Arlander Keys: The Parties having filed a stipulation of dismissal, the status hearing set for 8/23/10 befoe this Court is stricken. All matters relating to the referral of this action having been resolved, the case is returned to the assigned judge.Case no longer referred to Honorable Arlander Keys., Judge Honorable Arlander Keys no longer referred to the case.(ac, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.