# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 3061 | **DATE** | 8/12/2010 |
| **CASE TITLE** | Placontrol, Inc., et al. vs. Sunstar Americas, Inc. | | |

**DOCKET ENTRY TEXT**

Pursuant to the parties' Joint Stipulation of Dismissal with Prejudice, the case is terminated.

*Charles Norgle* [signature]

Docketing to mail notices.

| | | Courtroom Deputy Initials: | |
|---|---|---|---|